UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ, | 3:16-cv-00366-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | October 23, 2017 |
| S. MOLLET, *et al.*, | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a motion for leave to file an amended complaint and proposed amended complaint. (ECF Nos. 16, 16-1.) Defendants filed a limited opposition, noting that they do not oppose the motion except that they object to Plaintiff's attempt to add the State of Nevada and Nevada Department of Corrections (NDOC) back in as defendants. (ECF No. 18.) Plaintiff filed a reply indicating that he seeks to name the State of Nevada and NDOC as defendants only with respect to the state law claims in Count II of the proposed amended complaint. (ECF No. 19.)

On or before **November 3, 2017,** Defendants shall file and serve a supplemental brief addressing Plaintiff's contention that the State of Nevada and NDOC are proper defendants in the state law claims asserted in Count II of the proposed amended complaint. Plaintiff shall file and serve a supplemental reply brief on or before **November 17, 2017**.

The hearing, previously scheduled for **November 6, 2017, at 10:00 a.m.** is **VACATED.** The court will set a new hearing date after briefing is completed, if necessary, or issue a written order or report and recommendation on the motion. The court will issue a separate order addressing Plaintiff's motion to extend the discovery deadlines.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK
By: <u>      /s/                              </u>
Deputy Clerk