

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KEVIN FERNANDEZ, | Case No. 3:16-cv-00366-MMD-WGC |
|---|---|
| Plaintiff, | Order Granting |
| vs. | **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY** |
| S. MOLLET, et al., | **(SECOND REQUEST)** |
| Defendant. | |

Defendants, Ronald Bryant, Christopher Hayman, Cade Herring, Stephen Mollet, Nevada Department of Corrections, and State of Nevada by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby move this Court for an enlargement of time to serve their responses and/or objections to Plaintiff's Request for Interrogatories (Second Set). This Motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION AND RELEVANT PROCEDURAL HISTORY**

Plaintiff Kevin Fernandez served his untimely Request for Interrogatories on Defendants Bryant and Nevada Department of Corrections on December 26, 2017. These two defendants were not added to the case until January 8, 2018. (ECF No. 48). Pursuant to FED. R. CIV. P. 33(b)(2), a responding party must serve its answers and any objections within thirty (30) days after being served with the

1

interrogatories. Therefore, responses and/or objections to Plaintiff's Request for Interrogatories are due to be served on today's date, February 21, 2018. Defendants previously sought and were granted a fourteen day extension of time to serve responses. (ECF No. 54). Defendant Bryant has submitted his interrogatory responses, but the NDOC needs additional time to collect information for responding. Associate Warden Gittere at Ely State Prison is assisting with the responses and has requested additional time to respond.

Therefore, counsel respectfully requests a second enlargement of time of fourteen (14) days to serve the responses and/or objections to Plaintiff's Request for Interrogatories to Nevada Department of Corrections.

## II. ARGUMENT

FED. R. CIV. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D. Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Counsel seeks an enlargement of time to serve the responses and/or objections to Plaintiff's Request for Interrogatories to NDOC. Defendants' time to serve the responses and/or objections has not expired. This enlargement of time is not made for the purposes of delay or to prejudice Plaintiff. For these reasons, Defendants request an enlargement of time of fourteen (14) days to serve the responses and/or objections to Plaintiff's Request for Interrogatories to NDOC.

///

///

///

///

## III. CONCLUSION

Based on the foregoing, Defendants respectfully request that this motion for enlargement of time to serve responses and/or objections to Plaintiff's Request for Interrogatories be granted until March 7, 2018.

DATED this 21st day of February, 2018.

ADAM PAUL LAXALT
Attorney General

By: *[signature]*
BENJAMIN R. JOHNSON
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

**APPROVED AND SO ORDERED:**

*[signature]*
**U.S. MAGISTRATE JUDGE**

DATED: Feb 22, 2018

3