ADAM PAUL LAXALT
   Attorney General
BENJAMIN R. JOHNSON, Bar No. 10632
   Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: bjohnson@ag.nv.gov

*Attorneys for Defendants*
*Ronald Bryant, Christopher Hayman,*
*Cade Herring, Stephen Mollet, Nevada Department*
*of Corrections, and State of Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN FERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>S. MOLLET, et al.,<br><br>    Defendant. | Case No. 3:16-cv-00366-MMD-WGC<br><br>**ORDER GRANTING**<br>**DEFENDANTS' MOTION FOR**<br>**ENLARGEMENT OF TIME TO SUBMIT**<br>**PROPOSED ORDER REGARDING**<br>**COPYWORK EXTENSION** |

Defendants, Ronald Bryant, Christopher Hayman, Cade Herring, Stephen Mollet, Nevada Department of Corrections, and State of Nevada by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby move this Court for an enlargement of time to submit the Proposed Order Regarding Copywork Extension. This Motion is based on the following Memorandum of Points and Authorities and all papers and pleadings on file herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION AND RELEVANT PROCEDURAL HISTORY**

Counsel for Defendants, Nevada Deparmtent of Corrections (NDOC) Deputy Director John Borrowman and New Hampshire Department of Corrections (NHDOC) Deputy Director Gary Arceci have conferred regarding the protocol for processing an increase in Plaintiff Kevin Fernandez's copywork. The proposed order regarding the extension is due July 9, 2018. However, counsel for Defendants was not able

1

to schedule a telephone conference with Plaintiff until Thursday July 12, 2018, to discuss the protocol. Additionally, Plaintiff is set to appear before Magistrate Judge Valerie Cooke and representatives from the NDOC and Attorney General's Office for a global settlement conference on July 10, 2018. The global settlement conference includes potential settlement of this case. If the parties are able to reach a global settlement with Plaintiff then the copywork issue may become moot as all of Plaintiff's current cases would be settled.

Therefore, counsel respectfully requests an enlargement of time of four days, up to and including July 13, 2018, to submit the proposed order regarding Plaintiff's copywork extension. This extension will allow the parties to engage in the settlement conference and if the case does not settle, counsel will be able to meet and confer telephonically with Plaintiff regarding the protocol and then submit it to the court.

## II.     ARGUMENT

FED. R. CIV. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.,* 31 F.R.D. 282 (W.D. Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Counsel seeks an enlargement of time to submit the proposed order regarding Plaintiff's copywork extension. This enlargement of time is not made for the purposes of delay or to prejudice Plaintiff. Defendants have drafted a protocol and have conferred with NHDOC officials. Additional time is needed to confer with Plaintiff regarding the protocol before submitting it to the court. For these reasons, Defendants request an enlargement of time of four days to serve the responses and/or objections.

/ / /

/ / /

### III. CONCLUSION

Based on the foregoing, Defendants respectfully request that this motion for enlargement of time to submit the proposed order be granted until July 13, 2018.

DATED this 9th day of July, 2018.

                                          ADAM PAUL LAXALT
                                          Attorney General

By: _/s/ Benjamin R. Johnson_
      BENJAMIN R. JOHNSON
      Deputy Attorney General
      State of Nevada
      Bureau of Litigation
      Public Safety Division

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_/s/ William G. Cobb_
**U.S. MAGISTRATE JUDGE**

**DATED:** July 10, 2018

3