ADAM PAUL LAXALT
    Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
    Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1257
E-Mail: ealbright@ag.nv.gov

*Attorneys for Defendants*
*Ronald Bryant, Christopher Hayman,*
*Cade Herring, Stephen Mollet, Nevada Department*
*of Corrections, and State of Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEVIN FERNANDEZ,

        Plaintiff,

      v.

S. MOLLET, et al.,

        Defendants.

Case No.:  3:16-cv-00366-MMD-WGC

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (SECOND REQUEST)**

Defendants Ronald Bryant, Christopher Hayman, Cade Herring, Stephen Mollet, Nevada Department of Corrections, and State of Nevada, by and through its counsel of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Kevin Fernandez, by and through his counsel of record, Joseph Reiff, Esq., hereby stipulate to extend the time to file the Stipulation and Order of Dismissal with Prejudice by four (4) weeks.

On September 18, 2018, defense counsel provided plaintiff's counsel with the revised settlement agreement that reflected the majority of the changes requested by Plaintiff.  On the same date, plaintiff's counsel provided the settlement agreement to the New Hampshire prison for delivery to Plaintiff.

To date, the New Hampshire prison has failed to provide the revised settlement agreement to Plaintiff for his review and signature.  The extra time requested because the prison in New Hampshire is to allow time for Plaintiff to review the revised settlement documents in New Hampshire and return them to his counsel in Nevada who will then forward the documents to the undersigned.

///

Based on the foregoing, the parties respectfully request this Court extend the time to file the Stipulation and Order of Dismissal with Prejudice by four (4) weeks.

| | |
|---|---|
| DATED this 27th day of September, 2018. | DATED this 27th day of September, 2018. |

DATED this 27th day of September, 2018.

PLAINTIFF, KEVIN FERNANDEZ


By: /s/ Joseph Reiff_____
Joseph Reiff, Esq.
Representing, Plaintiff, Kevin Fernandez

DATED this 27th day of September, 2018.

OFFICE OF THE ATTORNEY GENERAL


By: _____
Erin L. Albright, SBN 9953
100 N. Carson Street
Carson City, NV 89701
(775) 684-1257
ealbright@ag.nv.gov
Attorneys for Defendants

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED**___September 28, 2018___