1 | ADAM PAUL LAXALT
   |    Attorney General
2 | ERIN L. ALBRIGHT, Bar No. 9953
   |    Deputy Attorney General
3 | State of Nevada
   | Bureau of Litigation
4 | Public Safety Division
   | 100 N. Carson St.
5 | Carson City, NV 89701-4717
   | Tel: 775-684-1257
6 | E-Mail: ealbright@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>S. MOLLET, et al.,<br><br>    Defendants. | Case No.: 3:16-cv-00366-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (FINAL REQUEST)** |

    Defendants by and through its counsel of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Kevin Fernandez, by and through his counsel of record, Joseph Reiff, Esq., hereby stipulate to extend the time to file the Stipulation and Order of Dismissal with Prejudice by four (4) weeks.

    On September 18, 2018, defense counsel provided plaintiff's counsel with the revised settlement agreement that reflected the majority of the changes requested by Plaintiff. On the same date, plaintiff's counsel provided the settlement agreement to the New Hampshire prison for delivery to Plaintiff.

    On October 29, 2018, defense counsel received Plaintiff's requested changes to the revised settlement. Since the settlement documents must be filed today and the parties will not have time to discuss and finalize the requested changes, the parties respectfully request this Court grant one final extension of four (4) weeks to file the Stipulation and Order of Dismissal.

///

///

///

1

Based on the foregoing, the parties respectfully request this Court extend the time to file the Stipulation and Order of Dismissal with Prejudice by four (4) weeks.

| DATED this 29th day of October, 2018. | DATED this 29th day of October, 2018. |
|---|---|
| PLAINTIFF, KEVIN FERNANDEZ | OFFICE OF THE ATTORNEY GENERAL |
| By: /s/ Joseph Reiff<br>Joseph Reiff, Esq.<br>Representing, Plaintiff, Kevin Fernandez | By: [signature]<br>Erin L. Albright, SBN 9953<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>ealbright@ag.nv.gov<br>Attorneys for Defendants |

**IT IS SO ORDERED.**

DATED: October 30, 2018.

[signature: William G. Cobb]
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

2